FORM ntddldef (Rev. 03/26)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re: Zelenda Johnson
    SSN/ITIN: xxx–xx–4446
    Debtor

Bankruptcy Case No.:  26–40208

Chapter:  13

### *NOTICE OF DEADLINE TO CURE DEFICIENCIES*

    On April 7, 2026 ("Petition Date"), Debtor(s) filed a Voluntary Bankruptcy Petition. The Clerk has identified deficiencies to the petition, schedules, other filed documents, and/or filing fee. **Debtor(s) shall cure all below–listed deficiencies by: <u>April 21, 2026.</u> Failure to satisfy any deficiency may result in DISMISSAL of this case without further notice or hearing**. To date, Debtor(s) has failed to:

    – File all schedules and statements as required by the Local Rules of this Court and by 11 U.S.C. 521(a)(1)(B) and Fed. R. Bankr. P. 1007(b) and (c):

        – Bankruptcy Petition Preparer Notice, Declaration and Signature.

    – File Bankruptcy Petition Preparer Payment Disclosure. 11 U.S.C. 110(h)(2) and Fed. R. Bankr. P. 2016(c).

Dated: April 7, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court pursuant to applicable Rules.

### <u>ADDITIONAL INSTRUCTIONS</u>

    **FILINGS**: All documents for filing with the Court shall be signed by the Debtor and, if applicable, the Debtor's attorney of record. Self–represented Debtors shall submit documents for filing with the Court by U.S. mail, other courier delivery, or hand–delivery (drop–box available). Mailed documents should be addressed to U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301.

    **AMENDMENTS**: Any amendment to a petition, list, schedule, or other required document must comply with this Court's Local Rules (https://www.flnb.uscourts.gov/local–rules). A filing fee may be due for amendments to the Debtor's list of creditors or the amount or classification of a debt.

    **PAYMENTS**: **<u>This Court does not accept cash payments</u>**. Filing fee payments must be made in accordance with the list of approved payment methods available on the Court's website at www.flnb.uscourts.gov/fees and mailed to: Clerk, U.S. Bankruptcy Court, 110 E. Park Ave., Ste.100, Tallahassee, FL 32301. You may call the Clerk's Office at 850–521–5001 to confirm fee amounts owed.

    **FORMS**: Official and Local Forms can be found at www.flnb.uscourts.gov/forms.

    **ADMINISTRATIVE ORDERS**: Administrative and Standing Orders can be found at www.flnb.uscourts.gov/orders.

    **SELF–REPRESENTED PARTIES**: Information for filing without an attorney can be found at www.flnb.uscourts.gov/filing–without–attorney.