FORM dsoa

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Zelenda Johnson
   SSN/ITIN: xxx–xx–4446
    Debtor

Bankruptcy Case No.:  26–40208

Chapter:  13

## DEBTOR'S STATEMENT OF ASSISTANCE RECEIVED
## IN CONNECTION WITH THE FILING OF THIS CASE

_____   I DID NOT RECEIVE ANY ASSISTANCE IN PREPARING THIS CASE FOR FILING.

_____   I DID RECEIVE ASSISTANCE IN PREPARING THIS CASE FOR FILING. (If you did receive assistance, please complete items 1–4 below.)

1. The person or firm that assisted is:

   Name: _____

   Address: _____

   _____

   Telephone:  (_____)_____

2. I paid the sum of $_____

3. I still owe the sum of $_____

4. I agreed to turn over or give a security interest in the following property:

   _____

   _____

I (we), _____ , the Debtor(s), do hereby declare under penalty of perjury, that the statements above are true and correct.

Executed this _____ day of _____, 20_____, at _____, Florida.
               (Day)             (Month)         (Year)        (City)

_____        _____
Signature of Debtor                     Signature of Joint Debtor, if any